Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

| | |
|---|---|
| MARIANE JACOBS MACCARINI,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br>a foreign corporation,<br><br>　　　　　　　　　Defendant. | NO. 2:25-cv-00499-JLR<br>STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO ENTER STIPULATED PROTECTIVE ORDER<br><br>**NOTE ON MOTION CALENDAR:**<br>**OCTOBER 22, 2025** |

The parties, by and through their attorneys, file this Stipulated Motion to Enter the Stipulated Protective Order and respectfully request that the Court issue the attached Stipulated Protective Order.

Under Fed. R. Civ. P. 26(c) and LCR 26(c)(2), the Court may enter a proposed stipulated protective order as an order of the Court if it describes the justification for such an order, it is consistent with the court rules, it does not purport to confer blanket protection on all disclosures or discovery responses, its protection from public disclosure and use extends only to the limited information that are entitled to confidential treatment under the applicable legal principles, and it does not presumptively entitle the parties to file confidential information under seal. The parties submit that the above elements are met by the Stipulated Protective Order, which is a

---

STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO ENTER STIPULATED PROTECTIVE ORDER **- 1**
Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

slightly modified version of this district's Model Protective Order.  Attached as Exhibit 1 is the redlined version of the Stipulated Protective Order, which identifies the departures from the model.

Based on the above, the parties respectfully request that the Court enter the Stipulated Protective Order.

DATED this 22nd day of October, 2025.

| AARON ENGLE LAW, PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| *s/Aaron I. Engle* <br> Aaron I. Engle, WSBA #37955 <br> Aaron Engle Law PLLC <br> 100 2nd Avenue South, Suite 210 <br> Edmonds, WA  98020 <br> Phone:  (206) 623-7520 <br> Email: aaron@aaronenglelaw.com <br> *Attorneys for Plaintiff* | *s/Sally S. Kim* <br> Sally Kim, WSBA #35289 <br> Gordon Rees Scully Mansukhani, LLP <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, WA  98104 <br> Phone: (206) 695-5100 <br> Email: sallykim@grsm.com <br> *Attorneys for Defendant* |

STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO ENTER STIPULATED PROTECTIVE ORDER **- 2**
Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## ORDER

Having considered the Parties' Stipulated Motion to Enter the Stipulated Protective Order, the Court hereby ORDERS as follows:

1. The Stipulated Motion is GRANTED.

2. The Court will enter the Stipulated Protective Order.

IT IS SO ORDERED.

DATED this 23rd day of October, 2025.

_____
Honorable James L. Robart
United States District Judge

*Presented by:*

GORDON REES SCULLY MANSUKHANI, LLP

 *s/Sally S. Kim*
Sally Kim, WSBA #35289
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Phone: (206) 695-5100
Email: sallykim@grsm.com
*Attorneys for Defendant*

STIPULATED MOTION AND ~~PROPOSED~~ ORDER TO ENTER STIPULATED PROTECTIVE ORDER **- 3**
Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822