Honorable James L. Robart

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

AT SEATTLE

MARIANE JACOBS MACCARINI,

      Plaintiff,

 v.

PRINCIPAL LIFE INSURANCE COMPANY,
a foreign corporation,

      Defendant.

NO. 2:25-cv-00499-JLR

STIPULATED MOTION FOR LEAVE TO FILE MOTIONS FOR JUDGMENT ON THE ADMISTRIATIVE RECORD UNDER SEAL AND [PROPOSED] ORDER

**NOTE ON MOTION CALENDAR: NOVEMBER 14, 2025**

## I. Relief Requested

Plaintiff Mariane Jacobs Maccarini and Defendant Principal Life Insurance Company (collectively, "Parties") respectfully move the Court, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5(g), to order that the Parties' Motions for Judgment on the Administrative Record ("Motions") in this action be filed under seal, without redactions.

The Parties are filing their respective Motion under seal pending the Court's ruling on the Stipulated Motion for Leave to File Motions for Judgment on the Administrative Record Under Seal ("Stipulated Motion").

STIPULATED MOTION FOR LEAVE TO FILE MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD UNDER SEAL AND [PROPOSED] ORDER - 1
Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## II.     Relevant Facts and Legal Authority

This action arises under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 et seq. The Motions in this case will contain information pertaining to medical records and other documents and information addressing Plaintiff's medical condition. Additionally, this Court has previously ordered that the Administrative Record ("AR") be filed under seal per the Parties' Stipulated Motion for same. Dkts. 8 and 9.

Based on the relevant facts, legal authority previously set forth in the Parties' Stipulated Motion (Dkt. 8) and this Court's Order of October 15, 2025 (Dkt.9), the Parties respectfully request that the Motions be filed under seal.

### III. Local Rule 5 (g)(3)(A) Certification

The Parties certify pursuant to Local Rule 5(g)(3)(A) that the undersigned attorneys conferred and agreed redaction was not a reasonable means to protect Plaintiff's medical privacy as the documents would need to be so extensively redacted.

### IV.     Local Rule 5(g)(3)(B) Requirements

The above demonstrates that there is legitimate private interest of the Plaintiff that warrants the relief sought and disclosure of Plaintiff's private information will result in injury if the relief sought is not granted. As certified above, the parties discussed whether redaction would be a suitable alternative. Due to the extensive redaction that would be necessary, the parties believe redaction is not a reasonable alternative. Federal Rule of Civil Procedure 5.2(d) states that a "court may order that a filing be made under seal without redaction" and the parties respectfully move the Court to so order here.

### V. Conclusion

The parties respectfully move the Court to order that the Motions in this action be filed under seal, without redaction.

STIPULATED MOTION FOR LEAVE TO FILE MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD UNDER SEAL AND [PROPOSED] ORDER - 2

Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

RESPECTFULLY SUBMITTED this 14th day of November, 2025.

| | |
|---|---|
| AARON ENGLE LAW, PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
| *s/Aaron I. Engle* <br> Aaron I. Engle, WSBA #37955 <br> Aaron Engle Law PLLC <br> 100 2nd Avenue South, Suite 210 <br> Edmonds, WA 98020 <br> Phone: (206) 623-7520 <br> Email: aaron@aaronenglelaw.com <br> *Attorneys for Plaintiff* | *s/Sally S. Kim* <br> Sally Kim, WSBA #35289 <br> Gordon Rees Scully Mansukhani, LLP <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Phone: (206) 695-5100 <br> Email: sallykim@grsm.com <br> *Attorneys for Defendant* |

STIPULATED MOTION FOR LEAVE TO FILE MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD UNDER SEAL AND [PROPOSED] ORDER - 3

Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

**ORDER**

The parties are ORDERED to file their Motions for Judgment on the Administrative Record in this action ~~be filed~~ under seal.

DATED this  14th  day of    November   2025.

_____
Honorable James L. Robart
United States District Judge

*Presented by:*

GORDON REES SCULLY
MANSUKHANI, LLP

 *s/Sally S. Kim*
Sally Kim, WSBA #35289
Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Phone: (206) 695-5100
Email: sallykim@grsm.com
*Attorneys for Defendant*

STIPULATED MOTION FOR LEAVE TO FILE MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD UNDER SEAL AND ~~[PROPOSED]~~ ORDER - 4
Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MARIANE JACOBS MACCARINI,<br><br>                Plaintiff,<br><br>  v.<br><br>PRINCIPAL LIFE INSURANCE COMPANY,<br>a foreign corporation,<br><br>                Defendant. | NO. 2:25-cv-00499-JLR<br><br>STIPULATED MOTION FOR LEAVE TO FILE MOTIONS FOR JUDGMENT ON THE ADMISTRIATIVE RECORD UNDER SEAL AND [PROPOSED] ORDER<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 14, 2025** |

## I.     Relief Requested

Plaintiff Mariane Jacobs Maccarini and Defendant Principal Life Insurance Company (collectively, "Parties") respectfully move the Court, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Civil Rule 5(g), to order that the Parties' Motions for Judgment on the Administrative Record ("Motions") in this action be filed under seal, without redactions.

The Parties are filing their respective Motion under seal pending the Court's ruling on the Stipulated Motion for Leave to File Motions for Judgment on the Administrative Record Under Seal ("Stipulated Motion").

STIPULATED MOTION FOR LEAVE TO FILE MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD UNDER SEAL AND [PROPOSED] ORDER - 1
Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

## II.     Relevant Facts and Legal Authority

This action arises under the Employee Retirement Income Security Act of 1974 (ERISA), 29 U.S.C. § 1001 et seq. The Motions in this case will contain information pertaining to medical records and other documents and information addressing Plaintiff's medical condition.  Additionally, this Court has previously ordered that the Administrative Record ("AR") be filed under seal per the Parties' Stipulated Motion for same. Dkts. 8 and 9.

Based on the relevant facts, legal authority previously set forth in the Parties' Stipulated Motion (Dkt. 8) and this Court's Order of October 15, 2025 (Dkt.9), the Parties respectfully request that the Motions be filed under seal.

### III. Local Rule 5 (g)(3)(A) Certification

The Parties certify pursuant to Local Rule 5(g)(3)(A) that the undersigned attorneys conferred and agreed redaction was not a reasonable means to protect Plaintiff's medical privacy as the documents would need to be so extensively redacted.

### IV.     Local Rule 5(g)(3)(B) Requirements

The above demonstrates that there is legitimate private interest of the Plaintiff that warrants the relief sought and disclosure of Plaintiff's private information will result in injury if the relief sought is not granted.  As certified above, the parties discussed whether redaction would be a suitable alternative. Due to the extensive redaction that would be necessary, the parties believe redaction is not a reasonable alternative. Federal Rule of Civil Procedure 5.2(d) states that a "court may order that a filing be made under seal without redaction" and the parties respectfully move the Court to so order here.

### V. Conclusion

The parties respectfully move the Court to order that the Motions in this action be filed under seal, without redaction.

STIPULATED MOTION FOR LEAVE TO FILE MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD UNDER SEAL AND [PROPOSED] ORDER - 2

Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

RESPECTFULLY SUBMITTED this 14th day of November, 2025.

| AARON ENGLE LAW, PLLC | GORDON REES SCULLY MANSUKHANI, LLP |
|---|---|
| *s/Aaron I. Engle* <br> Aaron I. Engle, WSBA #37955 <br> Aaron Engle Law PLLC <br> 100 2nd Avenue South, Suite 210 <br> Edmonds, WA 98020 <br> Phone: (206) 623-7520 <br> Email: aaron@aaronenglelaw.com <br> *Attorneys for Plaintiff* | *s/Sally S. Kim* <br> Sally Kim, WSBA #35289 <br> Gordon Rees Scully Mansukhani, LLP <br> 701 Fifth Avenue, Suite 2100 <br> Seattle, WA 98104 <br> Phone: (206) 695-5100 <br> Email: sallykim@grsm.com <br> *Attorneys for Defendant* |

STIPULATED MOTION FOR LEAVE TO FILE MOTIONS FOR JUDGMENT ON THE ADMINISTRATIVE RECORD UNDER SEAL AND [PROPOSED] ORDER - 3

Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA 98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822

1

**ORDER**

2  The parties are ORDERED to file their Motions for Judgment on the

3  Administrative Record in this action ~~be filed~~ under seal.

4

5  DATED this __14th__ day of __November__ 2025.

6  _____

7  Honorable James L. Robart
United States District Judge

8

*Presented by:*

9  GORDON REES SCULLY
MANSUKHANI, LLP

10

11   *s/Sally S. Kim*_____
Sally Kim, WSBA #35289
12  Gordon Rees Scully Mansukhani, LLP
701 Fifth Avenue, Suite 2100
13  Seattle, WA  98104
Phone: (206) 695-5100
14  Email: sallykim@grsm.com
*Attorneys for Defendant*

15

16

17

18

19

20

21

22

23

24

25

26
STIPULATED MOTION FOR LEAVE TO
FILE MOTIONS FOR JUDGMENT ON THE
ADMINISTRATIVE RECORD UNDER
SEAL AND [PROPOSED] ORDER - 4

Case No. 2:25-cv-00499-JLR

**GORDON REES SCULLY
MANSUKHANI, LLP**
701 Fifth Avenue, Suite 2100
Seattle, WA  98104
Telephone: (206) 695-5100
Facsimile: (206) 689-2822